# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 3:06CR        (MRK )** |
| **v.** | **VIOLATION: 29 U.S.C. § 501(c)** |
| | **[Embezzlement, Stealing, Unlawfully &** |
| **MICHAEL A. IASEVOLI** |  **Willfully Converting Union Assets]** |

### I N F O R M A T I O N

The United States Attorney charges:

### COUNT ONE

From on or about November 28, 2000 through on or about June 30, 2004, in the District of Connecticut, **MICHAEL A. IASEVOLI**, the defendant herein, while a person employed, directly or indirectly, by the Paper, Allied-Industrial, Chemical, and Energy Workers Union Local 745 ("the Union"), did unlawfully and willfully embezzle, steal and convert for his own use monies, funds, property and other assets of the Union, a labor organization engaged in an industry affecting commerce within the meaning of 29 U.S.C. § 402.  **IASEVOLI**, while acting as Financial Secretary of the Union, though not authorized to do so, made approximately 137 deposits of Union dues checks into a bank account at the Webster Bank in Waterbury, Connecticut, the existence of which was not known to the Union, and withdrew approximately $138,000 from the account for services not rendered and expenses not reasonably incurred that he cashed and used for his own benefit.

All in violation of Title 29, United States Code, § 501(c).

UNITED STATES OF AMERICA


_/s/_____
KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


_/s/_____
ANTHONY E. KAPLAN
SUPERVISORY ASSISTANT
UNITED STATES ATTORNEY


_/s/_____
CHRISTOPHER W. SCHMEISSER
ASSISTANT UNITED STATES ATTORNEY